O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT J. SMALL AND LEE ANN SMALL, AS HUSBAND AND WIFE,<br><br>              Plaintiff,<br><br>   v.<br><br>HONORABLE JUDGE JOHN DAVIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A JUDGE IN THE SUPERIOR COURT OF CALIFORNIA IN THE COUNTY OF RIVERSIDE, JUDGE PAULETTE BARKLEY, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS A JUDGE IN THE SUPERIOR COURT OF CALIFORNIA IN THE COUNTY OF RIVERSIDE, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>             Defendants. | Case No. EDCV 12-01726 VAP (SPx)<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

    On October 9, 2012, Plaintiffs Brent J. Small and Lee Ann Small filed their First Amended Complaint (Doc. No. 12) ("FAC") against Defendants Judge John Davis, Judge

Paulette Barkley, the Federal National Mortgage Association, and DOES 1 to 10.

Plaintiffs filed a Proof of Service on October 28, 2012 (Doc. No. 11), which did not comply with Federal Rule of Civil Procedure 10.  The Court notified Plaintiffs of this deficiency (Doc. No. 15) on November 1, 2012.

Since then, Plaintiffs have not filed an amended Proof of Service.  On May 2, 2013, the Court issued an Order to Show Cause ("OSC"), by May 13, 2013, why the action should not be dismissed without prejudice for failure to prosecute. (See Doc. No. 16.)  Plaintiff failed to respond timely to the OSC.  Accordingly, the Court DISMISSES without prejudice Plaintiff's Complaint.

Dated: May 15, 2013

VIRGINIA A. PHILLIPS
United States District Judge

2