1

2

3

4                                                    **JS-6**

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   BRENT J. SMALL AND LEE      )    Case No. EDCV 12-01726 VAP
     ANN SMALL, AS HUSBAND       )    (SPx)
12   AND WIFE,                   )
                                 )    **JUDGMENT**
13                 Plaintiff,    )
                                 )
14        v.                     )
                                 )
15   HONORABLE JUDGE JOHN        )
     DAVIS, INDIVIDUALLY AND     )
16   IN HIS OFFICIAL CAPACITY    )
     AS A JUDGE IN THE           )
17   SUPERIOR COURT OF           )
     CALIFORNIA IN THE COUNTY    )
18   OF RIVERSIDE, JUDGE         )
     PAULETTE BARKLEY,           )
19   INDIVIDUALLY AND IN HER     )
     OFFICIAL CAPACITY AS A      )
20   JUDGE IN THE SUPERIOR       )
     COURT OF CALIFORNIA IN      )
21   THE COUNTY OF RIVERSIDE,    )
     AND DOES 1 THROUGH 10,      )
22   INCLUSIVE,                  )
                                 )
23                 Defendants.   )
     _____)

24

25   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

26        Pursuant to the Order filed herewith, IT IS ORDERED

27   AND ADJUDGED that Plaintiff's Complaint is DISMISSED

28

1  WITHOUT PREJUDICE.   The Court orders that such judgment

2  be entered.

3

4

5  Dated:  May 15, 2013

                                    VIRGINIA A. PHILLIPS
6                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2